1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar #13644
3  BIANCA R. PUCCI
   Assistant United States Attorney
4  Nevada Bar #12940
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-5080
6  Bianca.Pucci@usdoj.gov
   *Attorneys for the United States of America*

7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9  IN THE MATTER OF THE SEARCH           Case No. 2:20-mj-00290-VCF
   OF INFORMATION ASSOCIATED
10 WITH THE LIFE360 ACCOUNTS OF
   **SUMPIMPIN** AND RELATED              **Government's Motion to Unseal Case**
11 IDENTIFIERS THAT ARE STORED
   AT PREMISES CONTROLLED BY
12 LIFE360, INC.

13

14         The United States of America, by and through the undersigned, respectfully moves this

15 Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal

16 the Search Warrant filed under the instant case and all related documents in anticipation of

17 producing the same as discovery in Case No. 2:20-mj-00321-DJA.

18 DATED this 17th day of December, 2020.

19                                          Respectfully,

20                                          NICHOLAS A. TRUTANICH
                                            United States Attorney
21
                                            /s/ *Bianca R. Pucci*
22                                          BIANCA R. PUCCI
                                            Assistant United States Attorney
23

24

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE LIFE360 ACCOUNTS OF **SUMPIMPIN** AND RELATED IDENTIFIERS THAT ARE STORED AT PREMISES CONTROLLED BY LIFE360, INC. | Case No. 2:20-mj-00290-VCF<br><br>**Order to Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 17th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE